error; C. Russell Allen, Assistant State's Attorney of McHenry county, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

## Peter Cieskus, Plaintiff-Appellee, v. Marie Yuvan and Wolverine Insurance Company, Defendant-Appellant.

### Gen. No. 10,601.

Joseph R. Peterson, Watts C. Johnson, and Heyl, Royster & Voelker, for appellant; Joseph R. Peterson, and Clarence W. Heyl, of counsel; McNeilly & Ryan, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

## Kenneth W. Anderson et al., Plaintiffs-Appellants, v. Edward W. Erickson et al., Defendants-Appellees.

### Gen. No. 10,611.